IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE DEPARTMENT OF )<br>HEALTH AND SOCIAL SERVICES, DIVSION )<br>OF CHILD SUPPORT ENFORCEMENT )<br>    Defendant. ) | Civil Action No. 06-666<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

### Parties

1. Plaintiff Nancy Santana is, and at all times relevant hereto was, a resident of New Castle County, Delaware (currently stationed with the military on active duty at Fort Bragg, North Carolina), and has been at all relevant times employed by the State of Delaware Department of Health and Social Services, Division of Child Support Enforcement.

2. Defendant, State of Delaware Department of Health and Social Services, Division of Child Support Enforcement (hereinafter "DCSE"), is a subdivision of the State of Delaware.

### Jurisdiction

3. This United States District Court for the District of Delaware has jurisdiction over the parties and the claims by virtue of the pendency of a federal claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5 et seq., and 28 U.S.C. §§ 1331 and

ORIGINAL

1343 and 1347, and under the principles of ancillary and pendent jurisdiction as well as the supplemental jurisdiction provisions of 28 U.S.C. § 1367.

## Facts

5. Ms. Santana commenced employment with defendant DCSE in January of 1999, serving most recently as a Child Support Specialist I in the Customer Service Unit ("CSU").

6. Ms. Santana is of Hispanic background, with family roots in Puerto Rico.

7. Beginning in approximately September of 2001, Ms. Santana was supervised by Brenda Annand, a Caucasian female.

8. Ms. Annand is responsible for cultivating and maintaining a workplace environment in the CSU that is hostile to non-caucasian employees.

9. Among the caucasian employees who were treated more favorably in the workplace were Sandra Rossi, Elizabeth Ornduff, and others.

10. Among the non-caucasian employees who were mistreated in the workplace were Calvin Parsons, Jacqueline Berry, Ms. Santana, and others.

11. On numerous occasions over a period of years, Ms. Annand engaged in verbal abuse directed at Ms. Santana, including loud shouting and derogatory language perpetrated in front of Ms. Santana's colleagues.

12. In early March of 2005, Ms. Santana received a loud, screaming, and derogatory verbal warning for being away from her workplace station for an unauthorized reason, when in fact she had been en route to and from the printer to retrieve work-related documents.

13. On or about March 24, 2005, Ms. Santana testified about Ms. Annand's discriminatory behavior in a hearing before the Industrial Accident Board of the State of Delaware relating to a claim brought by her fellow employee and non-caucasian, Calvin Parsons.

14. On or about April 5, 2005, Ms. Santana received a written warning for being away from her desk for fourteen minutes, a warning that was unjustified because, at the time in question, Ms. Santana believed that she was on an authorized lunch break, which belief may have been mistaken due to a miscommunication.

15. On or about April 20, 2005, Ms. Santana's performance review contained negative comments regarding Ms. Santana's performance, which were unjustified by the circumstances of her employment.

16. Ms. Annand's discriminatory management style, and the hostile environment in the CSU, continue to this date.

17. Plaintiff Santana has filed with the Equal Employment Opportunity Commission a claim for violation of her rights based upon the above-stated facts, and has received a Dismissal and Notice of Rights giving her the right to sue, which is attached hereto as Exhibit A.

## COUNT I

### Violation of the Racial and National Origin Discrimination Provisions of Title VII

18. Paragraphs 1 to 17 are restated as if more fully set forth herein.

19. The discriminatory actions of Ms. Annand and DCSE described above were motivated by racial and national origin discrimination, in violation of 42 U.S.C. § 2000e et seq., the federal statutes intended to provide a remedy for discrimination in employment.

20. Plaintiff Santana has suffered lost wages, mental anguish and humiliation, and other damages as a result of the actions of defendant.

## COUNT II

### Violation of the Retaliation Provisions of Title VII

21.     Paragraphs 1-20 are restated as if more fully set forth herein.

22.     The discriminatory actions of defendant DCSE and Ms. Annand were the result of retaliatory motive based upon plaintiff Santana's testimony about Ms. Annand's discriminatory conduct in the hearing described above relating to Mr. Parsons's claim before the Industrial Accident Board of the State of Delaware.

23.     Plaintiff Santana has suffered lost wages, mental anguish and humiliation, and other damages as a result of the actions of defendant.

## COUNT III

### Violation of the Racial and National Origin Discrimination Provisions of Delaware Code

24. Paragraphs 1 to 22 are restated as if more fully set forth herein.

25. The above-identified discriminatory and retaliatory actions of DCSE were motivated by racial and/or national origin discrimination, in violation of the provisions of 19 Del. C. § 710

4

et seq., the Delaware state legislation prohibiting, inter alia, racial and national origin discrimination in employment.

26. Plaintiff Santana has suffered lost wages, mental anguish and humiliation, and other damages as a result of the actions of defendant.

**WHEREFORE,** plaintiff demands that judgment be entered in her favor against defendant on the above claims, including awards of compensatory damages, punitive damages, costs of suit, interest, attorneys' fees under 42 U.S.C. § 2000e et seq. and any other appropriate or relevant statutory or common law basis, and such other and further relief as this Court may deem appropriate.

DATE: October 30, 2006                    Plaintiff, NANCY SANTANA

*/s/ Nancy Santana*
Nancy Santana
212 Barnwell Lane
Newark, DE 19702
302-292-2321

06-666

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nancy Santana

**(b)** County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

212 Barnwell Lane
Newark, DE 19702

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
State of Delaware
Dept. of Health & Social Services
Div. of Child Support Enforcement

County of Residence of First Listed Defendant: Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC §2000e et seq.
Brief description of cause: Employment discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Money damages
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) N/A
JUDGE
DOCKET NUMBER

DATE: 10/30/2006
SIGNATURE OF ATTORNEY OF RECORD: Nancy Santana Plaintiff

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  06-666

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

OCT 3 0 2006                           *Nancy Santana*
(Date forms issued)                  (Signature of Party or their Representative)

                                      Nancy Santana
                                     (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# _____06-666_____

CASE CAPTION:  __Santana__ v. __State of DE__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff:  **OCT 3 0 2006**    Signed: _Nancy Santana_
Pro Se Plaintiff

Date Received by Clerk's office:  **OCT 3 0 2006**    Signed: _Evette Watson_
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04