## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NANCY SANTANA,                          :
                                        :
                    Plaintiff,          :
                                        :
        v.                              :       C.A. No. 06-666-GMS
                                        :
STATE OF DELAWARE,                      :
DEPARTMENT OF HEALTH and                :
SOCIAL SERVICES, DIVISION OF            :
CHILD SUPPORT ENFORCMENT,               :
                                        :
                    Defendant.          :

## **A N S W E R**

Defendant, State of Delaware, Department of Health and Social Services, Division of Child Support Enforcement [hereafter "DSCE"], answers the complaint as follows:

1.      Defendant is without sufficient information to form a belief as to the truth of this paragraph.

2.      Admitted.

3.      This is a legal contention for which no response is required.

5.[1]   Admitted.

6.      Defendant is without sufficient information to form a belief as to the truth of this paragraph.

---

[1] No paragraph numbered 4 is in the complaint.

7.      Defendant is without sufficient information to form a belief as to the truth of this paragraph.

8.      Denied.

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Defendant is without sufficient information to form a belief as to the truth of this paragraph.

14.     Denied that the warning was unjustified.  The balance is admitted.

15.     Denied.

16.     Denied.

17.     Objection, no exhibit A was attached.

18.     This is an incorporation paragraph for which no response is required.

19.     Denied.

20.     Denied.

21.     This is an incorporation paragraph for which no response is required.

22.     Denied.

23.     Denied.

24.     This is an incorporation paragraph for which no response is required.

25.     Denied.

26.     Denied.

### First Defense

27.    The complaint fails to state a legal claim for which relief can be granted.

### Second Defense

28.    The plaintiff has failed to properly exhaust her administrative remedies as required by law.

### Third Defense

29.    The matter is in whole, or in part, time barred under the appropriate statute of limitation, or repose or by some administrative time requirement.

### Fourth Defense

30.    The matter is barred by the Eleventh Amendment to the U.S. Constitution.

### Fifth Defense

31.    The district court lacks jurisdiction under Art. III, § 2, clause 2.

### Sixth Defense

32.    The complaint should be dismissed as service of process was improper or insufficient.

### Seventh Defense

33.    The Court lacks personal jurisdiction over defendant and the complaint should be dismissed.

WHEREFORE, the defendant asks for judgment in its favor for all that is just and proper, including dismissal of the action and assessment of costs against the plaintiff.

**STATE OF DELAWARE**
**Department of Justice**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: November 27, 2006

## NOTICE OF SERVICE

The undersigned certifies that on November 27, 2006, he caused two (2) copies of the Answer to be served on the following person by regular U.S. Mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Nancy Santana
212 Barnell Lane
Newark, DE  19702

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant