**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NANCY SANTANA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-666-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF HEALTH and | : | |
| SOCIAL SERVICES, DIVISION OF | : | |
| CHILD SUPPORT ENFORCMENT, | : | |
| | : | |
| Defendant. | : | |

## 1st SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendant hereby request Plaintiff fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the Plaintiff, her attorney(s) and their agents and employees.

## **INTERROGATORIES**

1. Identify by name, address, and telephone number all persons with knowledge of the facts as to each allegation as set out in your complaint(s) and identify those persons that have been interviewed on your behalf and as to the interview, state: the date, the location, the subject matter and any documents discussed, identified or provided by that person.

Answer:

2. Identify each and all documents or other items of evidence that you intend to use in this lawsuit, for any purpose, including, but not limited to cross-examination, during any pretrial or trial proceedings.

<u>Answer</u>:

3. For each allegation you are presenting in this matter, state with particularity and specificity (please provide the complete details including dates, times, and locations) the complete factual basis for each allegation and identify all persons having knowledge as well as each and all documents or other items of evidence in your possession that relate to each claim.

<u>Answer</u>:

4.   Identify in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, therapists, etc.) that have treated or examined you in the last 10 years and provide the dates of service or treatment, the nature of any treatment or examination and the result of each treatment or examination.

Answer:

5.     State and identify by names of parties, court or administrative body and case number all lawsuits or legal proceedings, at law or equity, of any nature in which you were a party and the disposition of that matter.

Answer:

6. Identify by name, address, phone number, location, date and persons present, all individuals that have been interviewed by you in connection with this matter and whether any documents or memorandum were prepared relating to that interview.

Answer:

7. Identify each and all photographs, videotapes, audio tapes or any other form of recording media that relate to this matter, and state the time, date, location and manner that such were made as well as the names of all individuals that have the originals or copies.

Answer:

8. State and describe all acts of discrimination or hostile work environment that you witnessed or that occurred to you while you have been employed by the Division of Child Support Enforcment. Please include the, date, location and name(s), address and telephone number of the persons present or who have knowledge of the acts.

<u>Answer:</u>

9. State and describe by gross amount and source all funds provided to you since 2000 and include the dates you first starting receiving such funds and the reasons the funds are provided to you.(e.g. salary, PIP benefits or disability payments)

<u>Answer:</u>

10. State and describe any efforts you have undertaken to seek or gain other employment since you have been employed with the Division of Child Support.

<u>Answer:</u>

11.     Describe the Division of Child Support employment policy regarding persons with disabilities and discrimination based on age, gender, race, or disability.

Answer:

Case 1:06-cv-00666-GMS    Document 5    Filed 12/05/2006    Page 12 of 19

12. Regarding your employment history, list in chronological order the names of all your employers, location of the job, position or duties of position and inclusive periods of such employment to the present time.

<u>Answer:</u>

13. List in chronological order all of your formal education. Please include the name and address of each educational institution or school, the dates of your attendance and the degree(s) awarded.

<u>Answer:</u>

14.     State and describe the circumstances of the any changes in your work duties, your salary or other employment benefits since the time you first started employment with the Division of Child Support.

<u>Answer:</u>

15. If you are presently employed, please provide a detailed description of your daily work duties and how they differ (if they differ) from your daily work duties for the period in which you allege there was discrimination or a hostile work environmenet.

<u>Answer:</u>

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

DATED: September 5, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NANCY SANTANA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-666-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DEPARTMENT OF HEALTH and | : |
| SOCIAL SERVICES, DIVISION OF | : |
| CHILD SUPPORT ENFORCMENT, | : |
| | : |
| Defendant. | : |

**VERIFICATION OF NANCY SANTANA**

I, Nancy Santana, do hereby state under the penalty of perjury pursuant to 28 U.S.C. § 1746 do state as follows:

1. I am the Plaintiff in the above matter and I have reviewed my responses to Defendant's 1st Set of interrogatories.

2. The responses are true and accurate.


_____
Nancy Santana

## NOTICE OF SERVICE

The undersigned certifies that on December 5, 2006, he caused two (2) copies of the Defendant's 1st Set of Interrogatories be served on the following person by regular U.S. Mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Nancy Santana<br>212 Barnell Lane<br>Newark, DE  19702 | |

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        __/s/ Marc P. Niedzielski____
                                        Marc P. Niedzielski, I.D. #2616
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N.  French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        Attorney for Defendant