IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA,<br>    Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE DEPARTMENT OF<br>HEALTH AND SOCIAL SERVICES, DIVSION<br>OF CHILD SUPPORT ENFORCEMENT<br>    Defendant. | )<br>)<br>)<br>)   Civil Action No.  06-666 GMS<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### Motion for Extension of Time

The plaintiff, Nancy Santana, hereby moves for an extension of time to respond to the outstanding discovery requests until March 1, 2007. The reason for this extension is that she is stationed in North Carolina with the United States Army and is hampered by logistical difficulties in gathering information and preparing responses.

DATE: January 12, 2007                Plaintiff, NANCY SANTANA

                                                                          _/s/ Nancy Santana_____
                                                                          Nancy Santana
                                                                          212 Barnwell Lane
                                                                          Newark, DE 19702
                                                                          302-292-2321

## Certification

Two copies of this **Motion for Extension** have been supplied to:

Marc P. Niedzielski
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801

by facsimile transmission and U.S. Mail this 12 day of January, 2007.

_____
Nancy Santana