AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Nancy Santana

v.

State of Delaware
Dept. of Health and Social Services
Div. of Child Support Enforcement

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-666 GMS

2007 JAN 12 AM 10:13
BP scanned

TO: (Name and address of Defendant)

Vincent P. Meconi, Secretary
Dept. of Health and Social Services
Main Building
1901 N. DuPont Highway
New Castle, DE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~ATTORNEY~~ (name and address)

Nancy Santana
212 Barnwell Lane
Newark, DE 19702

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          OCT 30 2006
CLERK                                    DATE

Evette Watson
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/3/06 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: STATE OF DELAWARE DEPT OF HEALTH AND SOCIAL SERVICES DIV. OF CHILD SUPPORT ENFORCEMENT C/O VINCENT P. MECONI AT 1901 N. DUPONT HWY. NEW CASTLE, DE COPIES THEREOF WERE ACCEPTED BY PAMELA BROOKS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/3/06
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.