# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**    New Castle Office- Civil Division

January 17, 2007

The Honorable Gregory M. Sleet
United States District Court
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

    RE:    <u>Santana v. State of Delaware</u>
            C.A. 06-666-GMS

Dear Judge Sleet:

    The plaintiff filed a motion to extend the time to respond to defendant's discovery to March 1, 2007 (D.I. 7). Defendant has no objection.

                Very truly yours,

                <u>/s/ Marc P. Niedzielski</u>
                Marc P. Niedzielski
                Deputy Attorney General

Cc:    Ms. Nancy Santana
        212 Barnwell Lane
        Newark, DE 19702