IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. A. No. 06-666-GMS |
| vs. ) | |
| ) | |
| STATE OF DELAWARE, DEPT. OF ) | |
| HEALTH AND SOCIAL SERVICES, ) | |
| DIVISION OF CHILD SUPPORT ) | |
| ENFORCEMENT ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Herbert G. Feuerhake, Esq., hereby enters his appearance on behalf of the plaintiff, Nancy Santana.

Plaintiff NANCY SANTANA

DATE: February 28, 2007

By: _____
Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Santana

## Certificate of Service

I hereby certify that I have caused two copies of the foregoing *Notice of Appearance* to be deposited in the United States mail or hand-delivered on February 28, 2007 addressed to the following:

Marc P. Niedzielski, Esq.
Dep. Atty. General
820 N. French St., 6th Floor
Wilmington, DE 19801

_____
Herbert G. Feuerhake, Esq.