IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. A. No. 06-666-GMS |
| vs. ) | |
| ) | |
| STATE OF DELAWARE, DEPT. OF ) | |
| HEALTH AND SOCIAL SERVICES, ) | |
| DIVISION OF CHILD SUPPORT ) | |
| ENFORCEMENT ) | |
| ) | |
| Defendant. ) | |

## Motion for Extension of Time to Respond or Object to Discovery Requests

The plaintiff, Nancy Santana, hereby moves for an extension of time for one week, from March 1, 2007 to March 8, 2007, to respond or object to the discovery requests previously filed by the defendant. The reason for this request is that plaintiff Santana, who was previously proceeding pro se, has retained the undersigned counsel, Herbert G. Feuerhake, Esq., who just filed his appearance in the case on February 28, 2007. Counsel for the defendant, Marc P. Niedzielski, Esq., has been contacted and has no objection to the granting of this motion.

-1-

Plaintiff NANCY SANTANA

DATE: March 2, 2007

By: _____
Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Santana

## ORDER

The foregoing Motion for Extension of Time to Respond or Object to Discovery Requests having been heard, it is hereby ORDERED granted, and the time for plaintiff Santana to respond or object to said discovery requests is extended to March 8, 2007.

THE COURT

By: _____
Judge

## Certificate of Service

I hereby certify that I have caused two copies of the foregoing *Motion for Extension of Time to Respond or Object to Discovery Requests* to be deposited in the United States mail or hand-delivered or filed and served electronically on March 2, 2007 addressed to the following:

Marc P. Niedzielski, Esq.
Dep. Atty. General
820 N. French St., 6th Floor
Wilmington, DE 19801

_____
Herbert G. Feuerhake, Esq.