IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, )<br>)<br>Plaintiff, )<br>) Civ. A. No. 06-666-GMS<br>vs. )<br>)<br>STATE OF DELAWARE, DEPT. OF )<br>HEALTH AND SOCIAL SERVICES, )<br>DIVISION OF CHILD SUPPORT )<br>ENFORCEMENT )<br>)<br>Defendant. ) | |

**Motion for Extension of Discovery Period**

The plaintiff, Nancy Santana, hereby moves for an extension of the time for discovery to be complete to Friday, July 6, 2007. All other deadlines shall remain the same, including the deadline for dispositive motions. Counsel for the defendant, Marc P. Niedzielski, Esq., has been contacted and has no objection to the granting of this motion. The parties request this extension in light of scheduling difficulties; plaintiff is now in the military service and out-of-state.

Plaintiff NANCY SANTANA

DATE: June 1, 2007

By: _____
Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Santana

## ORDER

The foregoing Motion for Extension of Discovery Period it is hereby ORDERED granted, and the time for the parties to complete discovery is extended to July 6, 2007.

                                            THE COURT

By: _____
       Judge

-2-

## Certificate of Service

I hereby certify that I have caused two copies of the foregoing *Motion for Extension of Discovery Period* to be deposited in the United States mail or hand-delivered or filed and served electronically on June 1, 2007 addressed to the following:

Marc P. Niedzielski, Esq.
Dep. Atty. General
820 N. French St., 6th Floor
Wilmington, DE 19801

_____
Herbert G. Feuerhake, Esq.