

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

July 3, 2007

The Honorable Gregory M. Sleet
United States District Court
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

     RE:    <u>Santana v. State of Delaware</u>
               C.A. 06-666-GMS

Dear Chief Judge Sleet:

In anticipation of the discovery teleconference scheduled for **July 5, 2007** at **11:30 a.m.** in the above matter, the defendant submits the following items to be presented to the Court (a number of attempts were made to contact plaintiff's counsel to make it a joint agenda, but those efforts were unsuccessful):

**Defendant's Issues:**

Plaintiff has failed to respond to defendant's discovery propounded on December 5, 2006, despite a number of extensions. (D.I. 5, 7, 9, 11, 12) Defendant requests an order under Rule 37 and requests that the case dispositive motion deadline be reset to 90 days beyond the discovery order date.

                                                Respectfully,

                                                /s/ Marc P. Niedzielski
                                                Deputy Attorney General

CC:    Clerk of the Court
          Herbert G. Feuerhake, Esquire