# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, | ) |
|     Plaintiff, | ) |
| | ) Civ. A. No. 06-666-GMS |
| vs. | ) |
| | ) |
| STATE OF DELAWARE, DEPT. OF | ) |
| HEALTH AND SOCIAL SERVICES, | ) |
| DIVISION OF CHILD SUPPORT | ) |
| ENFORCEMENT | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF DEPOSITION

TO:    Herbert G. Feuerhake, Esq.
           The Law Office of Herbert G. Feuerhake
           521 West Street
           Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Nancy Santana on Friday, July 20, 2007 at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

                                                /s/ Marc P. Niedzielski
                                                Marc P. Niedzielski, I.D. No. 2616
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302)577-8400
Dated: July 9, 2007                          Attorney for Defendant

cc: Wilcox and Fetzer

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NANCY SANTANA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF DELAWARE, DEPT. OF )<br>HEALTH AND SOCIAL SERVICES, )<br>DIVISION OF CHILD SUPPORT )<br>ENFORCEMENT )<br>)<br>    Defendant. ) | Civ. A. No. 06-666-GMS |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on July 9, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECIPIENT(S):

Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801

                                                                  /s/ Marc P. Niedzielski
                                                                  Marc P. Niedzielski, I.D. No. 2616
                                                                  Deputy Attorney General
                                                                  Carvel State Office Building
                                                                  820 N. French Street, 6th Floor
                                                                  Wilmington, DE  19801
                                                                  (302)577-8400
                                                                  Attorney for Defendant