**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NANCY SANTANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 06-666-GMS |
| vs. | ) | |
| | ) | |
| STATE OF DELAWARE, DEPT. OF | ) | |
| HEALTH AND SOCIAL SERVICES, | ) | |
| DIVISION OF CHILD SUPPORT | ) | |
| ENFORCEMENT | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned certifies that on July 12, 2007, he caused the **Defendant's Response to**

**Plaintiff's 1st Request for Production and Defendant's Response to Plaintiff's**

**Interrogatories** to be served on the following person via U.S. mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

__/s/ Marc P. Niedzielski____
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant