# The Law Office
## of
# HERBERT G. FEUERHAKE

*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

**HERBERT G. FEUERHAKE, ESQ.**
MEMBER OF DE & CT BARS

FACSIMILE TRANSMISSION
(302) 658-6105

October 1, 2007

The Hon. Judge Gregory M. Sleet
U.S. District Court
Lock Box 19
844 N. King Street
Wilmington, Delaware 19801

**Re: Santana v. Dept. of Health and Social Services, Div. of Child Suppt. No. 06-666-GMS**

Dear Judge Sleet:

    The purpose of this letter is to request a teleconference to discuss an extension of the discovery period in the above-referenced matter.

    The reason for this request relates to a medical condition with which I have been dealing. In early September of this year, I suffered a detached retina in my left eye (which apparently had begun detaching in August, based on the doctor's analysis of the eye's condition), which was surgically reattached on September 13. While the surgery was successful, the standard recovery period for such surgery is somewhat slow. In the early stages, re-detachment remains a possibility. I have been extremely limited to this point in reading and writing; indeed, I have not yet been officially cleared to do any reading or computer work, and have tried to adhere to this requirement as much as possible and still maintain my solo practice.

    The amount of discovery that I still need in this matter is not extensive; perhaps two or three depositions. I will not be filing additional interrogatories or production requests, although I am dissatisfied with defendant's responses to my initial requests, and hope to send a letter to opposing counsel about this when I can once again read at length.

    I think a sixty-day extension, to early December, would be sufficient to give me time to recover. I will know more about this on Friday October 5, 2007, the date of my next post-operative medical examination.

    Thank you for your consideration of this matter.

Respectfully submitted,

Herbert G. Feuerhake, Esq