

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

October 10, 2007

The Honorable Gregory M. Sleet
United States District Court
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

    RE: **Santana v. State of Delaware,** C.A. 06-666-GMS

Dear Chief Judge Sleet:

    Please allow this letter to serve as a response to plaintiff's counsel, Mr. Feuerhake's, letter to you dated October 1, 2007. In his letter, Mr. Feuerhake requests an extension of discovery due to his medical condition. Of course, we all want Mr. Feuerhake to fully recover and the defendant stands ready to facilitate efforts to accomplish that end.

    However, Mr. Feuerhake's request for a sixty day extension will significantly impact on the time period allotted for the Court to consider case dispositive motions. Accordingly, if the Court wishes to accede to plaintiff's counsel's request, I believe that a new scheduling order is needed with a new trial date.

    You will note that Mr. Feuerhake has not indicated that he discussed the matter with this counsel as is required by the Local Rules. This is an on-going problem in this case. Telephone messages and e-mails sent to Mr. Feuerhake are not responded to at all. Nevertheless, defendant will participate in any way the Court wishes.

                                                    Respectfully,

                                                    /s/ Marc P. Niedzielski
                                                    Deputy Attorney General

CC:    Clerk of the Court
          Herbert G. Feuerhake, Esquire