## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NANCY SANTANA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-666-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF HEALTH and | : | |
| SOCIAL SERVICES, DIVISION OF | : | |
| CHILD SUPPORT ENFORCMENT, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves this Court to enter summary judgment in its favor pursuant to Rule 56, for the reasons set forth in its brief.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorney for Defendant

DATED: October 19, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NANCY SANTANA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-666-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF HEALTH and | : | |
| SOCIAL SERVICES, DIVISION OF | : | |
| CHILD SUPPORT ENFORCMENT, | : | |
| | : | |
| Defendant. | : | |

## <u>O R D E R</u>

**IT IS SO ORDERED This \_\_\_\_\_ day of _____, 2007**

that the defendant's motion for summary judgment is GRANTED and JUDGMENT is entered in its favor and against the plaintiff.

_____
Chief Judge of the U.S. District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-666-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DEPARTMENT OF HEALTH and | : |
| SOCIAL SERVICES, DIVISION OF | : |
| CHILD SUPPORT ENFORCMENT, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 19, 2007, he caused the attached document to be delivered electronically to the following person:

Herbert G. Feuerhake, Esquire
521 West Street
Wilmington, DE 19801

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant