# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NANCY SANTANA,                          )
                                        )
              Plaintiff,                )
                                        )          Civ. A. No. 06-666-GMS
vs.                                     )
                                        )
STATE OF DELAWARE, DEPT. OF             )
HEALTH AND SOCIAL SERVICES,             )
DIVISION OF CHILD SUPPORT               )
ENFORCEMENT                             )
                                        )
              Defendant.                )


## Motion for Extension of Time to Respond to Motion for Summary Judgment


The plaintiff, Nancy Santana, hereby moves for an extension of time for fourteen days,

from November 5, 2007 to November 19, 2007, to respond to the Motion for Summary Judmgnet

filed by the defendant. The reason for this request is that plaintiff's undersigned counsel, Herbert

G. Feuerhake, Esq., has still not fully recovered from eye surgery for a detached retina, which

surgery took place on September 13, 2007. The undersigned has returned to work, but remains

limited in the number of hours per day which he can work, and in the efficiency that he can bring

to bear during those hours. Counsel for the defendant, Marc P. Niedzielski, Esq., has been

contacted by e-mail but has not yet informed the undersigned on his position regarding this

Motion for Extension.

Plaintiff NANCY SANTANA

DATE: November 5, 2007

By: _____

Herbert G. Feuerhake, Esq.
The Law Office of Herbert G.
    Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Santana

## **ORDER**

The foregoing Motion for Extension of Time to Respond to Motion for Summary

Judgment having been heard, it is hereby ORDERED granted, and the time for plaintiff

Santana to respond or object to said Motion for Summary Judgment is extended to November

19, 2007.

THE COURT

By: _____

    Judge

-2-

**Certificate of Service**

I hereby certify that I have caused the foregoing *Motion for Extension of Time to Respond to Motion for Summary Judgment* to be electronically filed with the CM/ECF system in the United States District Court, and thereby served electronically on November 5, 2007 to the following counsel of record:


Marc P. Niedzielski, Esq.
Dep. Atty. General
820 N. French St., 6th Floor
Wilmington, DE 19801

_____

Herbert G. Feuerhake, Esq.

-3-