

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

November 8, 2007

Clerk of the U.S. District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

  RE: **Santana v. DCSE.**
     C.A. No. 06-666-GMS

Dear Clerk:

  Please be advised that the defendant Division of Child Support Enforcement has no opposition to plaintiff's request to extend the time for her to file an answering brief on or before November 19, 2007 (D.I. 23).

  If you have any questions, please contact me.

              Very truly yours,

              /s/ Marc P. Niedzielski
              Marc P. Niedzielski
              Deputy Attorney General

CC: Herbert Feuerhake, Esquire