

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

January 31, 2008

The Honorable Gregory M. Sleet
United States District Court
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

RE:   **Santana v. State of Delaware, C.A. 06-666-GMS**

Dear Chief Judge Sleet:

In accordance with the filing requirements of the Court's Scheduling Order of July 18, 2007, the defendant has filed its proposed: Final Pretrial Order with schedules attached, Preliminary Jury Instructions, Jury Instructions, Jury Verdict Sheet and its trial brief.

The Scheduling Order mandates that the above filings are supposed to be joint filings, but I was not able to secure plaintiff's counsel's cooperation. Paragraph 7 of the Order provides that Mr. Feuerhake was supposed to provide a draft of the above materials at the beginning of January. On January 10, 2008, I reminded Mr. Feuerhake of this and was advised by him that he would provide me the drafts the next day or the beginning of the following week.

On January 29, 2008, having not heard from Mr. Feuerhake, I sent him the above documents and asked that he provide me his information by the close of business on that same date. I have heard nothing from plaintiff's counsel and in an effort to comply with your Honor's Order, I filed and served the defendant's proposed portions. I apologize to the Court.

Respectfully,

/s/ Marc P. Niedzielski
Deputy Attorney General

CC:   Clerk of the Court
      Herbert G. Feuerhake, Esquire