IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NANCY SANTANA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-666-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF HEALTH and | : | |
| SOCIAL SERVICES, DIVISION OF | : | |
| CHILD SUPPORT ENFORCEMENT, | : | |
| | : | |
| Defendant. | : | |

## JURY VERDICT SHEET[1]

**DO YOU UNANIMOUSLY FIND FROM A PREPONDERANCE OF THE EVIDENCE THE FOLLOWING?**

1. That plaintiff is a member of a protected class as that term was defined in the instructions?

   Answer Yes or No _____

   [If you answer No to this question, you need not answer any more questions. Please sign the form and notify the Court Officer. If you have answered Yes, please continue to the next question]

---

[1] Proposed by defendant January 31, 2008

- 1 -

2. If you have answered yes to the prior question, do you find that plaintiff was subjected to intentional harassment or hostile work environment due to her protected class during the period of March 1 to April 29, 2005?

Answer Yes or No _____

[If you answer No to this question, you need not answer any more questions. Please sign the form and notify the Court Officer. If you have answered Yes, please continue to the next question]

3. If you have answered yes to question No. 2, do you find that plaintiff failed to reasonably avail herself to her employer's internal procedures for addressing such complaints and concerns?

Answer Yes or No _____

[If you answer Yes to this question, you need not answer any more questions. Please sign the form and notify the Court Officer. If you have answered No, please continue to the next question]

4. Has the plaintiff proven that she is entitled to compensatory damages as you have been instructed?

Answer Yes or No _____

[If you answer No to this question, you need not answer any more questions. Please sign the form and notify the Court Officer. If you have answered Yes, please continue to the next question]

5. If you have answered yes to the prior question, what amount, if any, do you find will reasonably compensate the plaintiff?

$_____

_____
Foreperson                Date


_____
Juror                     Date


_____
Juror                     Date


_____
Juror                     Date


_____
Juror                     Date


_____
Juror                     Date


_____
Juror                     Date


_____
Juror                     Date