IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY SANTANA, )<br>)<br>Plaintiff, )<br>)<br>) Civ. A. No. 06-666-GMS<br>vs. )<br>)<br>STATE OF DELAWARE, DEPT. OF )<br>HEALTH AND SOCIAL SERVICES, )<br>DIVISION OF CHILD SUPPORT )<br>ENFORCEMENT )<br>)<br>Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nancy Santana, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the decision on summary judgment entered in this action on February 13, 2008.

DATE: March 12, 2008

By: _____

Plaintiff NANCY SANTANA

Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
Attorney for Plaintiff Santana

-1-