## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1739

Nancy Santana v. Delaware Department of Health

(Del. D.C. No. 1-06-cv-00666)

### O R D E R

Pursuant to Fed. R. App. P. 3(a)(2) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file the Appearance Form, Civil Information Statement and the Concise Summary of the Case. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 9 May 2008

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc:

Herbert G. Feuerhake
Marc P. Niedzielski